UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 9 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Glenn A. Greene,           )
                           )
          Plaintiff,       )
                           )
     v.                    )     Civil Action No. 11 2248
                           )
Washington Field Office; U.S. Equal   )
Employment Opportunity Commission,    )
                           )
          Defendant.       )
_____)

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Under that statute, the Court is required to dismiss a case "at any time" it determines that the complaint fails to state a claim upon which relief can be granted.

Plaintiff, a District of Columbia resident, has submitted a complaint against the Washington Field Office of the Equal Employment Opportunity Commission ("EEOC") based on its processing of his complaint against his former employer. "[N]o cause of action against the EEOC exists for challenges to its processing of a claim." *Smith v. Casellas*, 119 F.3d 33, 34 (D.C. Cir. 1997), *cert. denied*, 118 S.Ct. 386 (1997). Rather, "Congress intended the private right of action . . . under which an aggrieved employee may bring a Title VII action directly against his or her employer [] to serve as the remedy for any improper handling of a discrimination charge by the EEOC." *Id.* Accordingly, the complaint will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: December 8 , 2011          United States District Judge